IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| SUSAN THOMAS POWELL, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. G-06-415 |
| § | |
| GALVESTON INDEPENDENT § | |
| SCHOOL DISTRICT, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Denying Plaintiff Susan Thomas Powell's Motion to Remand for Judicial Review or Alternative Motion for Leave to Replead, Denying Plaintiff's Request for Judicial Notice, and Granting Defendant Galveston Independent School District's Motion to Dismiss, all claims brought by Plaintiff against Defendant are hereby **DISMISSED WITH PREJUDICE**. All relief not herein provided is expressly **DENIED**. Each Party is **ORDERED** to bear their own expenses, attorneys' fees, and costs incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 1st day of August, 2006, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge